# United States Court of Appeals
## For the First Circuit

No. 20-2189

UNITED STATES,

Appellee,

v.

IVONNE M. FALCON-NIEVES,

Defendant, Appellant.

No. 20-2190

UNITED STATES,

Appellee,

v.

MARIELIS FALCON-NIEVES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 23, 2023, is amended as follows:

On page 29, line 7, replace "To convict . . . United States" with: "As relevant here, to convict Ivonne under § 371, the government must provide sufficient evidence of an agreement and the unlawful objective of the agreement. See United States"

On page 29, line 17, after "(citation omitted)." insert the following: "The parties agree that the same must be shown to convict Ivonne under § 1349."